UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re:<br><br>**Tronox Incorporated** | ORDER OF DISMISSAL<br>FOR<br>FAILURE TO PROSECUTE<br>BANKRUPTCY APPEAL |

-----------------------------------------------------X                   21-CV-10924 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:       RUBY J. KRAJICK, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                                               BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/13/2021
APPELLANT: Brenda Johnson
BANKRUPTCY DOCUMENT #: 9616

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 - the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **July 15, 2022**                                                          Vito Genna, Clerk
           New York, New York                                              U.S. Bankruptcy Court, SDNY

                                                                            By:   _s/ Anatin Rouzeau_
                                                                                           Deputy Clerk

ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____**July 15**_____ 20**22**                                   _____
                New York, New York                                                  Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                          Ruby J. Krajick , Clerk
                                                                               District Court, SDNY

                                                                             By: _____
                                                                                       Deputy Clerk